IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**REGINALD PUGH,**

    **Plaintiff,**

**v.**                                     **No. 1:13-cv-01203-JDB-egb**

**MIDLAND NATIONAL LIFE**
**INSURANCE COMPANY,**

    **Defendant.**

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

---

COMES NOW the Plaintiff, Reginald Pugh, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), and gives notice of the voluntary dismissal of this action without prejudice.

DATED this the 2nd day of August, 2013.

                                                   Respectfully submitted,

                                                   GILBERT RUSSELL McWHERTER PLC

                                                   s/ Clinton H. Scott
                                                   CLINTON H. SCOTT #23008
                                                   J. BRANDON MCWHERTER #21600
                                                   101 North Highland
                                                   Jackson, Tennessee  38301
                                                   (731) 664-1340
                                                   (731) 664-1540

                                                   *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and exact copy of the foregoing on the 2nd day of August, 2013 through the Court's ECF system to all counsel of record.

                                          s/ Clinton H. Scott