# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

**REGINALD PUGH,**

Plaintiff,

CASE NUMBER: 1:13-cv-1203-JDB-egb

v.

**MIDLAND NATIONAL LIFE INSURANCE COMPANY,**

Defendant,

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Notice of Dismissal entered in the above-styled matter on 8/2/2013, this case is hereby voluntarily dismissed without prejudice.

**APPROVED:**

s/J. Daniel Breen
United States District Judge

**THOMAS M. GOULD**
**CLERK**
**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**